**Below is the Order of the Court.**



**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

1
2
3
4
5
6
7
8

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

9
10

In re:

11

TIMOTHY WALLACE LONG,

12
13

Debtor.

Case No.: 17-42550-BDL

STRICT COMPLIANCE ORDER ON
TRUSTEE'S MOTION TO DISMISS CHAPTER
13 CASE

14
15

## <u>AGREED ORDER</u>

16
17

**THIS MATTER** having been set for hearing before the above Court upon the Trustee's

Motion to Dismiss, the Chapter 13 Standing Trustee, Michael G. Malaier, by and through his

18
19

attorney, Matthew J.P. Johnson, and Debtor, by and through his/her attorney, Ellen Brown,

having come to an agreement, the Court being fully advised in the premises, IT IS HEREBY

20
21

ORDERED:

22

1. Debtor shall timely make each monthly plan payment that becomes due in the six

23

months following entry of this Order.

24
25

STRICT COMPLIANCE ORDER ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 13 CASE - 1

2. Debtor shall list his home for sale on or before January 7, 2020 and shall make all reasonable efforts to sell the home as soon as possible. Upon court approval and the sale of his home Debtor shall remit 100% of the net proceeds of the sale as a lump sum payment directly from escrow to the Chapter 13 Trustee to be paid towards his Chapter 13 Plan;

3. The Trustee is authorized to disburse the additional funds once received;

4. If Debtor fails to make the lump sum payment as required under paragraph 2, Trustee will send Debtor and Debtor's attorney a notice of failure to comply, identifying the default under the terms of this order. Should Debtor fail to remedy the default identified in the notice within ten (10) days of the mailing date of such notice, Trustee may submit an *ex parte* order of dismissal to the court and the court may dismiss this case without further notice or hearing;

5. The Trustee shall be required to send notice of default to the Debtor, as noted above, no more than one time. Upon the second default under the terms of this order, the Trustee may submit an *ex parte* order of dismissal to the Court and the Court may dismiss this case without further notice or hearing;

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

6. This Strict Compliance order resolves the Trustee's Motion to Dismiss originally set for hearing on December 18, 2019.

///End of Order///

Presented by/Stipulated to:

Stipulated to/Notice of Presentment waived by:

_____
Matthew J.P. Johnson, WSBA# 40476 for
Michael G. Malaier, Chapter 13 Trustee

_____
Ellen Brown, WSBA #27992
Attorney for Debtor

STRICT COMPLIANCE ORDER ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 13 CASE - 3