**Submitted But Not Entered.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**

**The modified plan omits the $542 monthly domestic support obligation payment that is included in the confirmed plan. The motion to modify does not explain this change.**

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re: TIMOTHY WALLACE LONG

Case No. 17-42550-BDL

Debtor(s).

**ORDER APPROVING POST-CONFIRMATION MODIFICATION OF PLAN**

THIS MATTER came before the Court on the Debtor(s) motion for post-confirmation approval of the amended plan ("Motion"). The Court has considered the Motion, the records and files in this case, and the oral argument, if any, and found good cause to grant the Motion.

Now, therefore, it is ORDERED that:

1.  The amended plan [Docket No. 37 ] ("Amended Plan") shall become the plan, pursuant to 11 U.S.C. § 1329(b).

//

//

Order Approving Post-Confirmation Modification of Plan
Local Forms W.D. Wash. Bankr., Form 13-6
Eff. 12/16

2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the Amended Plan.

/// End of Order ///

Presented by:

/s/Ellen Ann Brown 27992
Counsel, WSBA #
Attorney for Debtor(s)