| American Land Title Association | | ALTA Settlement Statement - Seller |
| --- | --- | --- |
| | | Adopted 05-01-2015 |

| | | |
| --- | --- | --- |
| **File No./Escrow No.:** TC63253OR | Attorney's Title of Washington, Inc. |  |
| **Print Date & Time:** 01/23/20 10:00 AM | **ALTA Universal ID:** 1033517 | |
| **Officer/Escrow Officer:** Deana Slater | 3906 S 74th Street | |
| **Settlement Location:** | Tacoma, WA  98409 | |
| Attorney's Title of Washington, Inc. | | |
| 3906 S 74th Street | | |
| Tacoma, WA  98409 | | |

| | |
| --- | --- |
| **Property Address:** | Lot(s) 273, Willow Brook PUD Phase One, Rec #200005165001, County of Pierce |
| | 11121 184th Ave Pl E |
| | Bonney Lake, WA  98391 |
| **Borrower:** | Natalie Dechert and Nicholas Dechert |
| **Seller:** | Timothy W Long |
| | 11121 184th Ave Pl E |
| | Bonney Lake, WA  98391 |
| **Lender:** | Movement Mortgage, LLC |
| | 33434 8th Ave S Ste 103 |
| | Federal Way WA, 98003 |
| **Settlement Date:** | 02/12/2020      **Loan Number:** TBD |
| **Disbursement Date:** | **MIC Number** |
| **Additional dates per state requirements:** | |

| Description | Seller | |
| --- | --- | --- |
| | **Debit** | **Credit** |
| **Financial** | | |
| Sale Price of Property | | $369,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| County Property Taxes (Annually) from 01/01/2020 thru 02/12/2020 | $465.68 | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Notary Signing Fee to Attorney's Title - Notary | $220.40 | |
| Title - Owner's Title Insurance $1265.10 to Attorney's Title - Premiums | $1,265.10 | |
| Title - Settlement Agent Fee to Attorney's Title - Escrow | $991.80 | |
| | | |
| **Commission** | | |
| Real Estate Commission - Listing to Windermere RE West Campus Inc | $11,070.00 | |
| Real Estate Commission - Selling to My Home Group Washington | $11,070.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| Transfer Tax | $5,909.00 | |
| | | |
| **Payoff(s)** | | |
| Lender: ESTIMATED**Payoff of First Mortgage Loan to Wells Fargo Home Mortgage | $235,000.00 | |
| Total ($235,000.00) | $235,000.00 | |
| Lender: ESTIMATED*Payoff of Second Mortgage Loan to Novad Management Consulting | $50,000.00 | |
| Total ($50,000.00) | $50,000.00 | |
| | | |
| **Miscellaneous** | | |
| HOA LIEN - ESTIMATED | $3,000.00 | |
| Reconveyance Fee to Attorney's Title - Recon | $390.00 | |
| Utility Payment - ESTIMATED | $600.00 | |
| | | |
| | Seller | |
| | Debit | Credit |
| **Subtotals** | $319,981.98 | $369,000.00 |
| Due **To** Seller | **$49,018.02** | |
| **Totals** | $369,000.00 | $369,000.00 |

**Acknowledgement**
We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Attorney's Title of Washington, Inc. to cause the funds to be disbursed in accordance with this statement.

_____
Timothy W Long

_____   _____
Deana Slater                                               Date